Emilie F. Titus, appellant,

*v.*

Louis C. Wallick et al., respondents.

[Submitted May 26th, 1933. Decided September 27th, 1933.]

172

174

*Mr. Thomas G. Haight* and *Mr. Patrick H. Maley,* for the appellant.

*Mr. Merritt Lane,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons given in the opinion of Vice-Chancellor Bigelow.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.